**FILED**
DEC 19 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 12 CR 1000 |
| v. | ) | |
| | ) | Violation: Title 18, United States Code, |
| CHRISTOPHER STANSBURY | ) | Section 661 |

**MAGISTRATE JUDGE MARTIN**

The ACTING UNITED STATES ATTORNEY charges:

On or about December 29, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER STANSBURY,

defendant herein, within the special maritime and territorial jurisdiction of the United States, namely, at the Department of Veterans' Affairs Chicago Regional Office located at 2122 W. Taylor Street, Chicago, Illinois, did take and carry away, with intent to steal or purloin, personal property of another, namely $499.00 in funds from a checking account belonging to the American Federation of Government Employees Local 1765 at the Bank of America, N.A.,

In violation of Title 18, United States Code, Section 661.

_____
ACTING UNITED STATES ATTORNEY